to file a brief as *amici curiae* granted. Certiorari denied. ▇

No. 11–903. TESSERA, INC. *v.* INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Motion of ANP respondents for leave to file brief in opposition under seal with redacted copies for the public record granted. Motion of petitioner for leave to file reply brief under seal with redacted copies for the public record granted. Certiorari denied. ▇

No. 11–8948. CRIM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–9982. NOWELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10046. FLECK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10063. JEAN-PIERRE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–10081. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–7610. BROWN *v.* COLLINS ET AL., 565 U. S. 1206;

No. 11–7648. STEVENSON *v.* NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, 565 U. S. 1168;

No. 11–8207. WALTON *v.* ALSTON ET AL., 565 U. S. 1265;

No. 11–8323. CONLEY *v.* KEYS ET AL., 565 U. S. 1267;

No. 11–8492. BENSON *v.* TIBBALS, WARDEN, *ante*, p. 911;

No. 11–8599. WESTON *v.* ILLINOIS, *ante*, p. 925;

No. 11–8603. D'ANTUONO *v.* BRADT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, *ante*, p. 925;

No. 11–8611. SHABAZZ *v.* UNITED STATES, *ante*, p. 925;

No. 11–8897.   TIBURCIO v. OBAMA, PRESIDENT OF THE UNITED STATES, *ante*, p. 947; and

No. 11–9099.   VASQUEZ v. UNITED STATES, *ante*, p. 929.   Petitions for rehearing denied.

No. 11–7229.   IN RE BAKHOUCHE, AKA ALI, 565 U. S. 1109. Motion for leave to file petition for rehearing denied.

JUNE 4, 2012

No. 11–968.   STERLING EQUITIES ASSOCIATES ET AL. v. PICARD ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 46.1.

No. 11–8806.   SMITH v. UNITED STATES.   C. A. 8th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Reynolds* v. *United States*, 565 U. S. 432 (2012).

No. 11–9632.   DOWNS v. CALIFORNIA BOARD OF PRISON TERMS II ET AL.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.   As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.   See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. 11–9650.   THREATT v. SECURITY CLASSIFICATION COMMITTEE.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 11–10134.   SPRINGER v. UNITED STATES.   C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.   As petitioner has repeatedly abused this Court's process, the Clerk